UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

    vs.                             :        Criminal No. 11-80-05 (SDW)

KEITH THOMPSON                  :        **ORDER**

    This matter having come before the Court on motion to revoke bail by the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Ronnell Wilson, Assistant United States Attorney, appearing) and in the presence of the defendant, Keith Thompson (Christopher Patella, Esq. appearing) ;

    and the Court having conducted a hearing on September 9, 2011;

    and the Court having considered the arguments of the parties;

    and for the reasons set forth on the record;

    and for good cause shown;

    IT IS ON THIS 9th day of September, 2011

    ORDERED that defendant shall be remanded to the custody of the United States Marshal service.

Susan D. Wigenton
United States District Court Judge